Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of Colorado

_____ Division

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
10:25 am, Aug 14, 2020
**JEFFREY P. COLWELL, CLERK**

Kim, Jordan J.

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

**-v-**

Treasure, Shauna L.

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.  Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑Yes ☐No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jordan JuSeong Kim |
| Address | 1159 W. 171st Pl. |
| | Broomfield    CO    80023 |
| | *City*    *State*    *Zip Code* |
| County | Broomfield |
| Telephone Number | 303-886-3871 |
| E-Mail Address | JSKim@Colorado.EDU |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Shauna Treasure |
| Job or Title *(if known)* | Detective, Cpl. - Lafayette Police Department |
| Address | 451 N 111th St. |
| | Lafayette    CO    80026 |
| | *City*    *State*    *Zip Code* |
| County | Boulder |
| Telephone Number | 303-665-5571 |
| E-Mail Address *(if known)* | |

[✓] Individual capacity    [ ] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |
| | *City*    *State*    *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

[ ] Individual capacity    [ ] Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    U.S. Constitution: First Amendment Free Speech, Fourth Amendment Unreasonable Seizure, Fourteenth Amendment Due Process and Equal Protection
    Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.), as amended, and the Americans with Disabilities Act of 1990 (42 U.S.C. § 12101 et seq.), as amended. - Discrimination, Harassment, Retaliation based on sex/gender/disability/protected activity ⊞

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Defendant Treasure acted under color of state law on 6/14/2018 by requesting a FELONY arrest of me from my home without a warrant for an alleged violation of C.R.S. § 18-9-111 (1) (e), 3 counts, from 6/11/2018 around approx. 15:00.
See additional pages attached.

## III.     Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Detective Treasure issued No. CR 113914 at 745 N. US Highway 287, Lafayette, CO 80026; I was arrested by Broomfield Police Officers who took me into custody from 1159 W 171st Pl., Broomfield, CO 80023; Then a Lafayette Officer responded to take over my custody, at which point I was taken to the Lafayette Police Station and held in a cell for about an hour, compelled to sign the Trespass Notice, and transported to Boulder County Jail at 3200 Airport Rd., Boulder, CO 80301 where I was held overnight.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

On 6/14/2018, around approximately 14:30 Detective Treasure filed an initial report, at approx. 17:59 Lafayette Police requested assistance from Broomfield Police to arrest me. Broomfield Police Officers Drew Wilson and Colbie Allen arrested me from my residence around 18:23, Lafayette Officer Alex Bailey responded and took over custody around 18:45, I was taken to Lafayette Police Station, then to Boulder County Jail, where I was held overnight and released around approx. 10:10 on 6/15/2018.

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I was arrested from home without a warrant for alleged violations of Misdemeanor Harassment. However, NCIC data retrieved from CBI database shows that I was arrested for a FELONY.
Below the FELONY arrest information, court information classifies the alleged offenses as misdemeanor, for "HARASSING COMMUNICATION, HARASSMENT-TELEPHONE-THREATOBSCENE CYBERBULLYING"
Detective Treasure's Probable Cause Arrest Affidavit contained false statements which purportedly, together as a whole, misled the reader by falsely imputing conduct that constitute criminal harassment to me and falsely established probable cause. Providing a false, fabricated affidavit to effectuate an otherwise illegal arrest is a violation of clearly established law under Franks v. Delaware, and since Detective Treasure intentionally withheld exculpatory information from prosecuting attorneys, she also violated Brady v. Maryland.
Please see attachment.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffered the injury of being arrested for a felony crime which I never committed. This injury is irreparable and difficult to mitigate for its harmful impact on me, for life. Under Colorado law, an arrest cannot be expunged under my circumstances.

Further, I was processed through the criminal justice system because I was deprived of my constitutional rights that initiated criminal charges without probable cause and set in force events that run afoul of explicit constitutional protection—the Fourth Amendment because I was seized and arrested.

I applied for a Public Defender, my application was approved. But the Public Defender did not begin work until days before my first appearance, disregarded my stories and evidence, failed to investigate, lied to me about material facts, did not disclose material errors such as the denial of Motion for a Bill of Particulars, which he submitted 150 days after the expiration of the 14-day period from the date of Arraignment.

My attorney deprived me of my Sixth Amendment rights, acted in his best interest, acquiesced to the prosecutor's accusations, and failed to object to the Motion to Dismiss without prejudice, even though such a disposition would destroy one of the most important objectives of the representation, to position myself to be able to pursue tort claims after disposition of the criminal case.

I complained incessantly to Walmart through its established channels for reporting unlawful discrimination and retaliation, but I was intimidated, threatened, and sent Cease and Desist letters because, allegedly, I was harassing Walmart employees. Walmart Legal threatened to report me to law enforcement if I contacted Walmart associates.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Determine if probable cause existed to support a felony warrantless arrest of a suspect, that bypasses the warrant requirement, for misdemeanor charges. Determine, if probable cause existed considering the totality of circumstances and facts known to or should have been known to the arresting officer at the time of arrest, and whether the arrest was reasonable under the circumstances.

I would like to seek a declaratory relief/judgment about the existence of probable cause and then the reasonableness of the subsequent arrest. Deprivation of constitutional and statutory rights, and I suspect criminal conspiracy, but do not have enough information to make a sound allegation.

And I would like to request money damages, I wrote $125,000.00 on the Civil Cover Sheet. I'm asking for actual damages, compensatory damages and punitive damages, which is included in the demand amount.

I respectfully request that the Court consider the facts, evidence, and the circumstances of my case and award punitive damages if Detective Treasure acted unreasonably in making the decision to arrest me without a warrant from home, thereby ignoring the likelihood of the risk that my constitutional rights, among others, will be deprived as a consequences of her actions, the actions of providing a false arrest affidavit, actions of making an unreasonable arrest without a warrant and without probable cause. Falsifying probable cause in order to aid and abet Walmart in retaliating against me because of her own disposition towards men facing accusations of sexual harassment, even though she was aware that Destiny and I had conversations across social media platforms and the fabricated narrative did not fit with the facts. Even on its face, the evidence, including the false reports provided, do not support a finding of probable cause for the crime of harassment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                      08/13/2020

Signature of Plaintiff            /s/ Jordan Kim

Printed Name of Plaintiff       Jordan JuSeong Kim

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

Name: Kim, Jordan J.

Docket #: _____

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. (Defendant Treasure acted under color of state law on 6/14/2018 by requesting a FELONY arrest of me from my home without a warrant for an alleged violation of C.R.S. § 18-9-111 (1) (e), 3 counts, from 6/11/2018 around approx. 15:00. See additional pages attached.) (continuing)

 The Uniform Summons & Complaint, No. CR 113914, issued by Defendant Treasure who was acting as a Peace Officer,[1] alleged that on 6/11/2018 around approx. 15:00, for 3 counts of violation, "CRS 18-9-111(1)(e) Harassment (Cyberbullying) Jordan JuSeong Kim, with intent to alarm Destiny Meade, Shelley Trujillo, and Annie Simmons, did directly or indirectly unlawfully [sic] directed language towards another person by other interactive electronic medium with

---

[1] "Peace Officer" as defined by C.R.S. § 16-2.5-101

Additional Pages attached to Form Pro Se 15 Complaint for Violation of Civil Rights (Non-Prisoner)

Name: Kim, Jordan J.

Docket #: _____

Destiny Meade, Shelley Trujillo, and Annie Simmons anonymously or otherwise in a manner intended to harass"

By issuing the summons and complaint, which wasn't actually a summons because I was jailed, for alleged violations of C.R.S. § 18-9-111 (1) (e) occurring outside her presence, Detective Shauna Treasure (Lafayette Police Department, Badge #1706) acted under color of state law.

Name: Kim, Jordan J.

Docket #: _____

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(continued)

I worked for Walmart from April 2017 until April 2018. In March 2018, I was harassed by two female managers based on my sex being male, and harassed by offensive comments of sexual nature basically claiming that in this #MeToo era, as a male, I cannot make any comments to any female employees about their work attire. The managers claimed that because I was male, I must have acted in a stereotypical manner that powerful men were being accused of behaving that led to the #MeToo movement. I was accused of sexually harassing a female employee when I asked her if I could comment on her work attire, because I noticed that her lacy underwear was on prominent display under her work vest. I was disciplined after an investigation concluded that no sexual harassment occurred. I complained about the adverse action and the harassment during

Additional Pages attached to Form Pro Se 15 Complaint for Violation of Civil Rights (Non-Prisoner)

Name: Kim, Jordan J.

Docket #: _____

the investigation on 3/29/2018, on 4/5/2018 I was given a negative performance review by one of

the female managers whom I complained against because she had harassed me based on my sex

being male, but also, progressively disparaged me and my ADHD-related traits that

discriminated against me on the basis of protected status of disability by calling me

'Razzmatazz' and arbitrarily punishing me claiming that because I was 'Razzmatazz' I was not

finishing my duties, which was so offensive and patently untrue. I was forced to work in the

areas of the store that were missing employees who called in sick, and that's why I was unable to

finish what I wanted to accomplish and went home, as I was instructed to do. But I was still

disciplined by the harasser, Shelley Trujillo. Trujillo harassed me when I raised issue with her

coaching me for 'being razzmatazz', and insulted me in front of another manager, Rusti

Wasserman, retaliating against my complaint of her discrimination based on disability status by

capriciously scolding me once again, "No, you don't get your work done because you're a

Razzmatazz." Then she went home.

I was terminated on 4/6/2018 against my strong protest. Ms. Meade and I had been

working together as coworkers and we grew friendlier over time. I added her on Facebook

around July, 2017 after we shared a humorous moment when we were closing the Auto Care

Center Bay Area. She accidentally ripped a hole in the large trash bag holding motor oil, and

spilled oil on the floor which needed to be cleaned up in accordance with Hazardous Material

policies. When she tore the hole, she spontaneously exclaimed out loud, "Fuck me!" and without

missing a beat, I spontaneously joked, "I'll consider it," then we made eye contact, and burst into

laughter. After such incidents I added her as a friend on Facebook and she accepted. And we

interacted regularly, as friends do on social media, over the next year or so, until 6/14/2018.

Additional Pages attached to Form Pro Se 15 Complaint for Violation of Civil Rights (Non-Prisoner)

Name: Kim, Jordan J.

Docket #: _____

After I had gathered information and evidence to support a charge of discrimination against Walmart, I confronted Annie Simmons and Shelley Trujillo on Facebook for discrimination, harassment, and retaliation. I also engaged two witnesses, Josue Tinajero and Destiny Meade. On 6/14/2018 Walmart coerced Destiny to file a false report of criminal harassment and request a restraining order against me. Walmart also criminalized my presence on its property, and issued a Trespass Notice against me. I was arrested from home without a warrant because of Detective Treasure's actions under color of law.

As a proximate consequence, I applied for and was approved for a Public Defender. But I was deprived of my Sixth Amendment right to counsel, the Public Defender deceived me, failed to inform me, did not disclose material errors to me, did not investigate, and misrepresented material facts about my case to me when I argued with him about trial strategy, and how I was arrested without probable cause in violation of my Fourth and Fourteenth Amendment rights, even though I had engaged in protected speech under the First Amendment by reasonably opposing employment discrimination.

Additional Pages attached to Form Pro Se 15 Complaint for Violation of Civil Rights (Non-Prisoner)

Name: Kim, Jordan J.

Docket #: _____

Thank you,

/s/ Jordan Kim